NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NU-WAY CONCRETE COMPANY, INC.,**
*Appellant,*

v.

**JANET A. NAPOLITANO, SECRETARY OF HOMELAND SECURITY,**
*Appellee.*

---

2011-1171

---

Appeal from the Civilian Board of Contract Appeals in no. 1411, Administrative Judge Jeri Kaylene Somers.

---

**ON MOTION**

---

**ORDER**

Janet A. Napolitano, Secretary of Homeland Security, moves for a 14-day extension of time, until June 27, 2011 to file her responsive brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 15 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  J. Marshall Gilmore, Esq.
     Jeffrey A. Regner, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 15 2011

JAN HORBALY
CLERK